**FILED**

07/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0372

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0372

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BRYCE CALEB HAMERNICK,

      Defendant and Appellant.

O R D E R

_____

Counsel for Appellant Bryce Caleb Hamernick moves the Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division. Counsel states that his Attorney-Client Fee Agreement with Hamernick only provided for representation of Hamernick until final judgment, and that Hamernick is currently incarcerated and indigent.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Bryce Caleb Hamernick personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 30 2021